# S ILLS  C UMMIS  &  G ROSS
A PROFESSIONAL CORPORATION

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
**Tel: 973-643-7000**
**Fax: 973-643-6500**

**Vincent Lodato**
**Of Counsel**
**Direct Dial:  (973) 643-5891**
**E-mail: vlodato@sillscummis.com**

101 Park Avenue
New York, NY 10178
Tel: 212-643-7000
Fax: 212-643-6500

November 18, 2021

**VIA ECF**

The Honorable Sharon A. King, U.S.M.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    *Audrey Yeung by her subrogee Wesco Ins. Co. v. Amazon.com, Inc.*
               **Civil Action No. 1:20-cv-15579**

Dear Magistrate Judge King:

      This firm represents Defendant Amazon.com, Inc. in this matter.  I am writing to advise the Court that the parties have resolved this case in principal and are preparing the necessary papers to finalize the settlement.  Accordingly, we respectfully request that the Court cancel the telephonic status conference scheduled for November 19, 2021 at 10:30 AM.

                                      Respectfully submitted,

                                      *s/ Vincent Lodato*

                                      VINCENT LODATO

cc:    Michael Vaccaro, Esq. (via ECF)